Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Joleen Wilson

        Plaintiff,

v.

Commissioner of Social Security,

        Defendant.

No. 2:13-cv-02229-DAD

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

    IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through July 21, 2014, to file the Motion for Summary Judgment.

    IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  6/18/14                         / s / Joseph C. Fraulob
                                               Joseph C. Fraulob
                                               Attorney for Plaintiff

Dated:  6/18/14                         / s / Francesco Benavides
                                               Francesco Benavides
                                               Special Assistant U.S. Attorney
                                               Attorney for Defendant

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
wilson2229.stip.eot.ord.doc