Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Joleen Wilson

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.

No: 2:13-cv-02229-DAD

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

      IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through August 01, 2014, to file the Motion for Summary Judgment.

      IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  7/21/14                                / s / Joseph C. Fraulob
                                             Joseph C. Fraulob
                                             Attorney for Plaintiff

Dated:  7/21/14                                / s / Francesco Benavides
                                             Francesco Benavides
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: July 23, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
wilson2229.stip.eot2.ord.doc