HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLEEN D. WILSON,<br><br>　　　　Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | No. 2:13-cv-02229-DAD<br><br>**STIPULATION AND ORDER FOR AWARD OF EAJA FEES** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of six thousand, one hundred dollars ($6,100.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by her counsel in connection with this civil action, in accordance with 28 U.S.C. 2412(d).

　　　After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the
/////

1 Treasury's Offset Program.  After the order to EAJA fees is entered, the government will
2 determine if it is subject to any offset.

3     Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
4 that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to
5 be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment
6 executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

7     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
8 attorney fees and does not constitute an admission of liability on the part of Defendant under the
9 EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any
10 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in
11 connection with this action.

DATE:  May 28, 2015        By /s/ *Joseph Clayton Fraulob*
                                        JOSEPH CLAYTON FRAULOB
                                        Attorney for plaintiff

DATE: May 28, 2015         BENJAMIN B. WAGNER
                                        United States Attorney

                                        By /s/ *Francesco Benavides*
                                        (As authorized via email)
                                        FRANCESCO BENAVIDES
                                        Assistant Regional Counsel

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 29, 2015

                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\wilson2229.stip.eaja.ord.doc